UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON MAGLAYA,<br><br>                Petitioner,<br><br>        v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                Respondent. | No. 2:16-cv-2694 CKD P<br><br><br>ORDER |

       Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

       Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

       Petitioner was convicted of attempted murder with the use of a dangerous or deadly weapon, for which the Nevada County Superior Court imposed a sentence of 28 years to life. Briefly, petitioner asserts that: (1) one of the jurors was the victim of a burglary for which petitioner had been convicted; 2) petitioner never spoke of killing the victim, whose wounds were not severe; and (3) there was no evidence that petitioner used a weapon. (ECF No. 1.)

       Habeas Rule 2(c) requires that a petition 1) specify all grounds of relief available to the petitioner; 2) state the facts supporting each ground; and 3) state the relief requested. Notice

pleading is not sufficient; rather, the petition must state facts that point to a real possibility of constitutional error." Rule 4, Advisory Committee Notes, 1976 Adoption; see <u>Blackledge v. Allison</u>, 431 U.S. 63, 75 n. 7 (1977). Allegations in a petition that are vague, conclusory, or palpably incredible are subject to summary dismissal. <u>Hendricks v. Vasquez</u>, 908 F.2d 490, 491 (9th Cir. 1990).

Here, the petition does not meet the pleading requirements of Rule 2(c). Accordingly, the court will summarily dismiss the petition. Petitioner will be granted thirty days to file an amended petition that complies with Rule 2(c) and all other applicable rules. Petitioner is encouraged to attach any state court opinion that addresses the claims he now raises in federal court, in order to clarify his claims.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis is granted;

2. The petition is dismissed without prejudice pursuant to Habeas Rule 2(c);

3. Petitioner is granted thirty days from the date of this order to file an amended petition as described above;

4. Petitioner's failure to timely file an amended petition will result in dismissal of this action.

Dated: January 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / magl26845.R2(c)