IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAYSON MAGLAYA,** | Case No. 2:16-cv-2694 CKD P |
| Petitioner, | **ORDER** |
| v. | |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional THIRTY (30) days, to and including July 10, 2017, to file a responsive pleading.

Dated: June 9, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE